IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS, LTD., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cv-356 |
| EXODUS MACHINES USA, INC., EXODUS MACHINES, LLC d/b/a BLADECORE, and GENESIS ATTACHMENTS, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF DISMISSAL OF
EXODUS MACHINES USA, INC. and EXODUS MACHINES, LLC d/b/a BLADECORE**

NOW COMES, the Plaintiff AMTRUST INTERNATIONAL UNDERWRITERS, LTD., by and through its undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) hereby dismisses the above-captioned action against Defendants EXODUS MACHINES USA, INC. and EXODUS MACHINES, LLC d/b/a BLADECORE with prejudice. Such a dismissal is proper without court order and without stipulation because neither EXODUS MACHINES USA, INC. nor EXODUS MACHINES, LLC d/b/a BLADECORE has filed an answer or a motion for summary judgment. This Notice of Dismissal does not dismiss this matter with respect to Defendant GENESIS ATTACHMENTS, LLC.

Respectfully submitted,

/s/ Rostyslaw J. Smyk
Rostyslaw J. Smyk, Esq.
Karl H. Schook, Esq.
**Ruberry, Stalmack & Garvey, LLC**
10 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
Tel. 312-466-8050
ross.smyk@rsg-law.com
karl.schook@rsg-law.com
Attorneys for Plaintiff

1

## **CERTIFICATE OF SERVICE**

I, Rostyslaw J. Smyk, do hereby certify that on August 17, 2016, the preceding Notice of Dismissal was filed electronically via the ECF filing system, and the following counsel who has appeared will be notified and have access to this matter via the Court's ECF filing system.

John A. Cotter (MN Bar No. 134296)
Glenna L. Gilbert (MN Bar No. 389312)
Katherine E. Muller (MN Bar No. 391957)
**Larkin Hoffman Daly & Lindgren Ltd.**
8300 Norman Center Drive
Suite 1000
Minneapolis, MN 55437
(952) 835-3800
Email: jcotter@larkinhoffman.com
ggilbert@larkinhoffman.com
kmuller@larkinhofman

/s/ Rostyslaw J. Smyk