IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| AMTRUST INTERNATIONAL UNDERWRITERS, LTD., | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:16-cv-356 |
| EXODUS MACHINES USA, INC., EXODUS MACHINES, LLC d/b/a BLADECORE, and GENESIS ATTACHMENTS, LLC, | ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

NOW COME, the Plaintiff, AMTRUST INTERNATIONAL UNDERWRITERS, LTD. ("AmTrust International"), and Defendant GENESIS ATTACHMENTS, LLC ("Genesis"), by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) hereby stipulate that this manner be DISMISSED with prejudice and with each party to bear its own costs. This matter may be dismissed by stipulation between AmTrust International and Genesis and without Court order because AmTrust International and Genesis are the only two parties remaining in this action who have appeared.

Respectfully submitted,

/s/ Rostyslaw J. Smyk
Rostyslaw J. Smyk
Ruberry, Stalmack & Garvey, LLC
10 S. LaSalle St., Suite 1800
Chicago, IL 60603
Tel. 312-466-8050
ross.smyk@ruberry-law.com

/s/ Glenna L. Gilbert (with permission)
Glenna L. Gilbert
Larkin Hoffman Daly & Lindgren, Ltd.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437
Tel. 952-835-3800
ggilbert@larkinhoffman.com

## **CERTIFICATE OF SERVICE**

I, Rostyslaw J. Smyk, do hereby certify that on October 5, 2016, the preceding Stipulation of Dismissal was filed electronically via the ECF filing system, and all counsel who have appeared will be notified and have access to this matter via the Court's ECF filing system.

    /s/ Rostyslaw J. Smyk